In re Our Lady of the Lake Hosp.; Our Lady of the Lake Med. Ctr.; Cranor, Kenneth C. M.D.; Sanders, A. Foster M.D.; Cowick, Donald R. M.D.; Kisner, W. Howard M.D.; Rathbone, M.J. Jr. M.D.; Laville, Louis P. Jr. M.D.; Berry, B. Eugene M.D.; Bryan, W. Redfield M.D.; Duplessis, Sidney; Leblanc, W.H. Jr.; Toups, Roland; Davidge, Robert; — Defendant(s); applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. CA91 2253; Parish of East Baton Rouge, 19th Judicial District Court, Div. “E”, No. 317,710.
Granted.
MARCUS, J., not on panel.